McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8929
    Facsimile:  (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. BAUTISTA, | Case No. 2:20-cv-00107-AC |
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER FOR EXTENSION OF TIME** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 14-day extension of time, from May 31, 2020 to June 14, 2020, to respond to Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time.  Defendant respectfully requests an extension because Defendant's counsel requires additional time to review the substantial CAR, to evaluate the issues raised in Plaintiff's brief, to consider whether options exist for settlement, and to confer with her client regarding same.

Stipulation
2:20-cv-00107-AC

In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need.  SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and moving rapidly toward a virtual work environment.  Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads.  Because of the changes in work processes throughout the agency and focus on critical services, communication with other agency personnel is taking longer than it ordinarily would.  Therefore, the undersigned counsel for the Commissioner requires additional time to confer with her client regarding the issues that Plaintiff has raised.

Plaintiff does not oppose the requested extension of time.

Respectfully submitted,

Dated: May 26, 2020          CERNEY KREUZE & LOTT, LLP

By: */s/ Shellie Lott\**
    SHELLIE LOTT
    Attorneys for Plaintiff
    [*As authorized by e-mail on May 26, 2020]

Dated: May 26, 2020          McGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

Stipulation
2:20-cv-00107-AC

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 26, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE