McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8929
     Facsimile: (415) 744-0134
     E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARIA E. BAUTISTA,<br><br>        Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:20-cv-00107-AC<br><br>STIPULATION & [~~PROPOSED~~] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

     IT IS HEREBY STIPULATED, by and between plaintiff Maria E. Bautista (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

     The Appeals Council will remand the case to an administrative law judge (ALJ).  On remand, the Appeals Council will instruct the ALJ to further develop the record; evaluate and consider the additional evidence submitted by Plaintiff's counsel; reevaluate the opinion evidence and Plaintiff's subjective allegations; obtain medical expert evidence as necessary;

1

Stipulation & [Proposed] Order
2:20-cv-00107-AC

reassess Plaintiff's residual functional capacity as appropriate; obtain vocational expert testimony as warranted; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 9, 2020                    CERNEY KREUZE & LOTT, LLP


By: /s/ Shellie Lott*
SHELLIE LOTT
Attorneys for Plaintiff
[*As authorized by e-mail on Jun. 9, 2020]


Dated:  June 9, 2020                    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:/s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated: June 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation & [Proposed] Order
2:20-cv-00107-AC