SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| MARIA E. BAUTISTA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:20-cv-00107-AC<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of FOUR-THOUSAND, SEVEN-HUNDRED NINETY-SIX dollars and FIFTEEN cents ($4,796.15), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: September 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE